1  **JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
2  KSpelman@jenner.com
Alice S. Kim (SBN 317479)
3  AKim@jenner.com
515 South Flower Street, Suite 3300
4  Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
5  Facsimile: (213) 239-5199

6  **JENNER & BLOCK LLP**
Peter J. Brennan (*pro hac vice*)
7  PBrennan@jenner.com
353 North Clark Street
8  Chicago, IL 60654-3456
Telephone: (312) 222-9350
9  Facsimile: (312) 527-0484

10  Attorneys for Defendants
HYUNDAI MOTOR AMERICA, KIA
11  AMERICA, INC., and HYUNDAI
AMERICA TECHNICAL CENTER, INC.
12

13  Additional Counsel Listed on Signature Page

14  **UNITED STATES DISTRICT COURT**

15  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA YEGHIAIAN and JEFF PLAZA, individually and on behalf of all others similarly situated, | Case No. 8:22-cv-01440-DOC-KES |
| | The Honorable David O. Carter |
| Plaintiffs, | **STIPULATION** |
| v. | |
| HYUNDAI MOTOR AMERICA, INC., a California corporation, KIA AMERICA, INC., a California corporation, and HYUNDAI AMERICA TECHNICAL CENTER, INC., a Michigan corporation, | |
| Defendants. | |

STIPULATION

Plaintiffs Cynthia Yeghiaian and Jeff Plaza (together, "Plaintiffs") and Defendants Hyundai Motor America, Kia America, Inc., and Hyundai America Technical Center, Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following with reference to the following facts:

1. Defendants' current deadline to respond to the complaint is December 20, 2022.

2. On December 13, 2022, the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") issued an order in MDL No. 3052 transferring sixteen (16) related actions, including the instant action, to the Honorable James V. Selna in the Central District of California for coordinated or consolidated proceedings. Attached as **Exhibit 1** is a true and correct copy of the Transfer Order.

3. Pursuant to this Transfer Order, the Parties believe that transfer has been completed for certain related actions and is currently underway for other related actions. The Parties anticipate that the transferee district court will soon be issuing an order that, among other things, sets a new schedule, with new deadlines, for all related actions.

4. In light of the foregoing, the Parties have agreed that it is reasonable and judicially efficient to stay any and all deadlines, including pleading deadlines, in the instant action.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby STIPULATE AND AGREE as follows:

1. All deadlines, including all pleading deadlines, in the instant action shall be and are stayed.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated: December 19, 2022 | JENNER & BLOCK LLP |
| | */s/ Kate T. Spelman* |
| | Kate T. Spelman |
| | Alice S. Kim |
| | 515 South Flower Street, Suite 3300 |
| | Los Angeles, CA 90071-2246 |
| | Telephone: (213) 239-5100 |
| | Facsimile: (213) 239-5199 |
| | kspelman@jenner.com |
| | akim@jenner.com |
| | |
| | Peter J. Brennan (*pro hac vice*) |
| | 353 North Clark Street |
| | Chicago, IL 60654-3456 |
| | Telephone: (312) 222-9350 |
| | Facsimile: (312) 527-0484 |
| | pbrennan@jenner.com |
| | |
| | Attorneys for Defendants |
| | HYUNDAI MOTOR AMERICA, KIA AMERICA, INC., and HYUNDAI AMERICA TECHNICAL CENTER, INC. |

| | | |
|---|---|---|
| 1 | Dated: December 19, 2022 | HUMPHREY FARRINGTON AND MCCLAIN PC |
| 2 | | |
| 3 | | */s/ Kevin D. Stanley* |
| | | Kevin D. Stanley (*pro hac vice* forthcoming) |
| 4 | | Kenneth B. McClain (*pro hac vice* forthcoming) |
| 5 | | Andrew K. Smith (*pro hac vice*) |
| 6 | | Jonathan M. Soper (*pro hac vice*) |
| | | 221 West Lexington Avenue, Suite 400 |
| 7 | | Independence, MO 64051 |
| | | Telephone: (816) 836-5050 |
| 8 | | Facsimile: (816) 836-8966 |
| | | kds@hfmlegal.com |
| 9 | | kbm@hfmlegal.com |
| | | aks@hfmlegal.com |
| 10 | | jms@hfmlegal.com |
| 11 | | |
| | | Thomas G. Adams |
| 12 | | LAW OFFICE OF THOMAS G. ADAMS |
| | | 21781 Ventura Boulevard Suite 10005 |
| 13 | | Woodland Hills, CA 91364 |
| | | Telephone: (805) 229-1529 |
| 14 | | Facsimile: (805) 258-7415 |
| | | thomasgadams@gmail.com |
| 15 | | |
| | | Rhett Thomas Francisco |
| 16 | | LAW OFFICES OF RHETT FRANCISCO |
| | | 638 Lindero Canyon Road Suite 105 |
| 17 | | Oak Park, CA 91377 |
| | | Telephone: (818) 319-9879 |
| 18 | | rhett_francisco_law@yahoo.com |
| 19 | | Attorneys for Plaintiffs |
| | | CYNTHIA YEGHIAIAN |
| 20 | | and JEFF PLAZA |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Kate T. Spelman, hereby attest that Kevin D. Stanley, on whose behalf this filing is also submitted, has concurred in the content of this Stipulation and has authorized its filing.

Dated:  December 19, 2022          JENNER & BLOCK LLP


*/s/ Kate T. Spelman*
Kate T. Spelman
Alice S. Kim
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
kspelman@jenner.com
akim@jenner.com

Peter J. Brennan (*pro hac vice*)
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
pbrennan@jenner.com

Attorneys for Defendants
KIA AMERICA, INC.,
HYUNDAI MOTOR AMERICA, and
HYUNDAI AMERICA TECHNICAL CENTER, INC.