**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA YEGHIAIAN and JEFF PLAZA, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>     v.<br><br>HYUNDAI MOTOR AMERICA, INC., a California corporation, KIA AMERICA, INC., a California corporation, and HYUNDAI AMERICA TECHNICAL CENTER, INC., a Michigan corporation,<br><br>          Defendants. | Case No. 8:22-cv-01440-DOC-KES<br><br>The Honorable David O. Carter<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE** |

## ORDER

Before the Court is the Stipulation filed by Plaintiffs Cynthia Yeghiaian and Jeff Plaza and Defendants Hyundai Motor America, Kia America, Inc., and Hyundai America Technical Center, Inc.  Good cause appearing therefor, the Court APPROVES the Stipulation and STAYS all deadlines, including all pleading deadlines, in the instant action.

**IT IS SO ORDERED.**

Dated: December 20, 2022

*/s/ David O. Carter*

The Honorable David O. Carter
United States District Judge